Official Form 416B (12/15)

# Form 416B CAPTION (Short Title)

*(May be used if 11 U.S.C. § 342(c) is not applicable)*

## United States Bankruptcy Court

FILED USBC CLRK TUC
2018 APR 3 AM 11:11

_____ District Of _____

In re **DAVID & TRACIE HAWS**,
Debtor

R

Case No. **18-934**

Chapter **13**

*[Designation of Character of Paper]*

Motion to Reinstate.
Paid filing fee in
full 4/3/18