FORM VAN–093
REVISED 03/25/2011

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                              Case No.: 4:18–bk–00934–SHG

**DAVID RAYMAN HAWS**                               Chapter: 13
8680 E. DESERT SPRINGS STREET
TUCSON, AZ 85730
**SSAN:** xxx–xx–5919
**EIN:**

**TRACIE LEE HAWS**
8680 E. DESERT SPRINGS STREET
TUCSON, AZ 85730
**SSAN:** xxx–xx–5480
**EIN:**

Debtor(s)

## ORDER REINSTATING CASE

The above–captioned Debtor(s) having filed a motion to reinstate this case pursuant to Bankruptcy Rule 9024; the case having been dismissed because required documents were not filed, filing fees were not paid, or due to administrative error. As Debtor(s) have now cured the deficiencies,

IT IS ORDERED that this case is reinstated.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** April 3, 2018                              BY THE COURT

**Address of the Bankruptcy Clerk's Office:**        HONORABLE Scott H. Gan
U.S. Bankruptcy Court, Arizona                       United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number:  (520) 202–7500
www.azb.uscourts.gov